UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                     18 cr 141 (JGK)
                                                             18 cr 420-9 (JGK)

RICO GONZALEZ,                                         **ORDER**
                          Defendant.
-----------------------------------------------------------X

        The specifications for the violation of supervised release are for cases 18 cr 141 and 18 cr 420-9.  While the Court noted that the sentences for the violation of Specifications 1, 6, 7 and 8, are to run concurrently, the Court, in its imposition of sentence, neglected to note that the sentences in the aforementioned cases are to run concurrently with each other.  The Court intends to correct the sentence, so that the sentences for the specifications for violations of supervised release for each case, are to run concurrently with each other.  The parties shall report the Court, by **5:00pm, today**, whether are any objections to the correction.

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 26, 2022