Case 1:18-cr-00420-JGK   Document 961   Filed 11/14/23   Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

November 14, 2023

**BY ECF**
Honorable Judge John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     **United States v. Rico Gonzalez**
        **18 Cr. 420 (JGK)**

Dear Judge Koeltl,

*Adjourned in both cases to 2/27/24 at noon.*

*So ordered*

*[signature]*
*11/14/23    U.S.D.J.*

*+ 18 Cr. 141 (JGK)*

   With the consent of the government, I write to request a 90-day adjournment of the VOSR hearing scheduled for November 15 at 11:30 AM. The VOSR is based on pending federal criminal charges before Judge Vyskocil. The charges will be resolved by the end of January when the parties are set for trial. I respectfully request that the conference currently scheduled for November 15 be adjourned to the week of February 12 or later.

   As noted above, the government consents to this adjournment.

   Thanks you for your consideration.

Respectfully submitted,
/s/_____
Zawadi Baharanyi
Assistant Federal Defender of New York
Counsel for Rico Gonzalez

cc:     AUSA Jun Xiang/Ashley Nicholas

## SO ORDERED:

_____
**HONORABLE JOHN G. KOELTL**
**United States District Judge**